O

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY WAYNE LUCAS,<br><br>    Petitioner,<br><br>    v.<br><br>KIM HOLLAND, Warden,<br><br>    Respondent. | Case No. ED CV 14-0492 MMM (JCG)<br><br>**ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE AND DENYING CERTIFICATE OF APPEALABILITY AND EVIDENTIARY HEARING** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the First Amended Petition ("FAP"), the Magistrate Judge's Report and Recommendation, Petitioner's Objections to the Report and Recommendation, and the remaining record, and has made a *de novo* determination.

Petitioner's Objections reiterate the arguments made in the FAP and Reply, and lack merit for the reasons set forth in the Report and Recommendation.

Accordingly, IT IS ORDERED THAT:

1. The Report and Recommendation is approved and accepted;
2. Judgment be entered denying the FAP and dismissing this action with prejudice; and
3. The Clerk serve copies of this Order on the parties.

Additionally, for the reasons stated in the Report and Recommendation, the

1 Court finds that Petitioner has not made a substantial showing of the denial of a
2 constitutional right.  *See* 28 U.S.C. § 2253; Fed. R. App. P. 22(b); *Miller-El v.*
3 *Cockrell*, 537 U.S. 322, 336 (2003).  Thus, the Court declines to issue a certificate of
4 appealability.

5      Nor is Petitioner entitled to an evidentiary hearing.  *See Cullen v. Pinholster*,
6 131 S. Ct. 1388, 1398 (2011) (AEDPA "requires an examination of the state court-
7 decision at the time it was made.  It follows that the record under review is limited to
8 the record in existence at that same time *i.e.*, the record before the state court.").

10 DATED: September 4, 2015

                                   */s/ Margaret M. Morrow*
                                _____
                                 HON. MARGARET M. MORROW
                                 UNITED STATES DISTRICT JUDGE