JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY WAYNE LUCAS,<br>      Petitioner,<br>  v.<br>KIM HOLLAND, Warden,<br>      Respondent. | Case No. ED CV 14-0492 MMM (JCG)<br><br>**JUDGMENT** |

IT IS ADJUDGED that the above-captioned action is **DISMISSED WITH PREJUDICE** for the reasons set forth in the Magistrate Judge's Report and Recommendation.

DATED: September 4, 2015

*Margaret M. Morrow*

_____

HON. MARGARET M. MORROW
UNITED STATES DISTRICT JUDGE